COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PATRICIA HIGHTOWER, | § | No. 08-11-00273-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| | § | of El Paso County, Texas |
| CITY OF EL PASO, TEXAS, | § | (TC# 2009-4040) |
| Appellee. | § | |

## MEMORANDUM   OPINION

Pending before the Court is the joint motion of Appellant, Patricia Hightower, and Appellee, City of El Paso, to dismiss this appeal pursuant to TEX.R.APP.P. 42.1 because the parties have settled all matters in controversy.   We grant the motion and dismiss the appeal with prejudice.   Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

May 16, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.